ACCEPTED
03-15-00309-CV
8397586
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/29/2015 3:50:07 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00309-CV

IN THE THIRD COURT OF APPEALS
IN AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/29/2015 3:50:07 PM
JEFFREY D. KYLE
Clerk

_____

City of Austin and The United Healthcare Choice Plus Plan
for City of Austin Employees

*Appellants,*

v.

Charles Lesniak

*Appellee*

_____

On Appeal From the 419th District Court,
Travis County, Texas

_____

APPELLEE'S MOTION FOR EXTENSION OF TIME

_____

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 49.8, Appellee Charles Lesniak ("Appellee") respectfully files this motion for extension of time to file his motion for rehearing.

**PROCEDURAL BACKGROUND**

1.      Appellants' Brief was filed with the Third Court of Appeal on June 24, 2015.

2.      Appellee's Brief was filed with the Third Court of Appeal on July 15, 2015.

3. The Court issued its Memorandum Opinion on December 1, 2015. Judgment was rendered dismissing Appellee's claims for lack of jurisdiction.

4. Pursuant to Tex. R. App. Proc. 49.1, Appellee's motion for rehearing was originally due by no later than December 16, 2015. Appellee now seeks an extension of time to file his motion for rehearing pursuant to Tex. R. App. Proc. 49.8.

## BASIS FOR EXTENSION

5. Appellee requests a forty five (45) day extension to file his motion for rehearing in this case. If the extension is granted, his request would be due by no later than February 1, 2016. Appellee requires the additional time to prepare his motion in light of recent action by the Texas Supreme Court.

6. On December 18, 2015, the Texas Supreme Court set several cases for oral argument that involve the common law and statutory governmental immunity issues in this case. Those matters are:

    a. Case No. 14-0645; *Wasson Interests, Ltd. v. City of Jacksonville, Texas*

    b. Case No. 15-0029; *Wheelabrator Air Pollution Control, Inc. v. City of San Antonio*

7. Both of these cases involve pleas to the jurisdiction by governmental entities. A critical issue in *Wasson* is whether to apply the common law distinction

between governmental-proprietary functions in contract cases. The principal issue in *Wheelabrator* is the availability of attorneys' fees in a suit involving Tex. Local Govt. Code §271. Both of these issues are central to this matter.

8. Oral argument in both of these cases is set for Thursday, January 14, 2016. Appellee believes that these oral arguments will help guide the parties in this case on how the Texas Supreme Court may ultimately dispose of this matter.

9. This is the first request for an extension to file Appellee's Motion for Rehearing.

10. This motion is not sought for delay, but so that justice may be done.

## Prayer

For these reasons, Appellee Charles Lesniak requests that this Court grant a 45 day extension, making Appellee's Motion for Rehearing due on Monday, February 1, 2016.

Respectfully submitted,


By ___/s/ Amar Raval_____
    James C. Plummer, TBA #16075700
    Amar Raval, TBA # 24046682
    PLUMMER | RAVAL
    4203 Montrose Boulevard, Ste 270
    Houston, Texas 77006
    (713) 522-2887
    (713) 522-3605 (Fax)
    Jplummer@plummerlawyers.com

Araval@plummerlawyers.com

ATTORNEYS FOR APPELLEE

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for the City of Austin and counsel for United Healthcare on December 29, 2015 regarding this motion. As of the filing of this motion, I have not heard back from either counsel. It is thus unknown whether Appellants are opposed or unopposed to this motion.


_____/s/ Amar Raval_____

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Appellee's Motion for Extension of Time was served pursuant to Tex. R. App. Proc. 9.5 on December 29, 2015, to:

Andralee Cain Lloyd
Megan Mosby
City of Austin Law Department
P.O. Box 1546
Austin, TX 78767

Andrew Jubinski
Lance Clack
Figari & Davenport, LLP
901 Main St., Suite 3400
Dallas, TX 75202


_____/s/ Amar Raval_____